UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Kenneth Ray Spruill, Jr.**                                    **Docket No. 4:19-CR-67-1D**

**Petition for Action on Supervised Release**

COMES NOW Michael W. Dilda, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Kenneth Ray Spruill, Jr., who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. § 922(g)(1) and 18 U.S.C. § 924(a)(2), and Distribution of a Quantity of a Mixture and Substance Containing a Detectable Amount of Heroin and Fentanyl, in violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C), was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 2, 2020, to the custody of the Bureau of Prisons for a term of 21 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 3 years.

Kenneth Ray Spruill, Jr., was released from custody on December 31, 2020, at which time the term of supervised release commenced. On January 27, 2021, a Violation Report was submitted to the court advising the defendant tested positive for marijuana on January 21, 2021. The court agreed to continue supervision to allow Spruill to complete a substance abuse evaluation and participate in treatment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On March 29, 2021, the defendant was charged in Wayne County, North Carolina, with Speeding and Driving While License Revoked (21CR702141). The charges are pending disposition. On April 12, 2021, Spruill completed a drug test that revealed positive results for marijuana, methamphetamine, and amphetamine. The defendant acknowledged using narcotics on approximately April 10, 2021, and signed an admission form documenting the same. Spruill has been warned of the consequences of driving without a valid license and is willing to receive substance abuse counseling, along with increased drug testing measures. As a sanction for this violation conduct, it is respectively requested that Spruill participate in a cognitive behavioral program as directed by the probation officer. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a cognitive behavioral program as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Kenneth Ray Spruill, Jr.
Docket No. 4:19-CR-67-1D
Petition For Action
Page 2

Reviewed and approved,

/s/ Dewayne L. Smith
Dewayne L. Smith
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael W. Dilda
Michael W. Dilda
U.S. Probation Officer
150 Reade Circle
Greenville, NC 27858-1137
Phone: 252-830-2342
Executed On: April 14, 2021

### ORDER OF THE COURT

Considered and ordered this **14** day of **April**, 2021, and ordered filed and made a part of the records in the above case.

_/s/ Dever_
James C. Dever III
U.S. District Judge